74 P.3d 1008

# INTERMEDIATE COURT OF APPEALS OF HAWAI'I

**May 12, 2003**

| 24452 | State v. Cunningham | Affirmed |

**July 23, 2003**

| 24911 | State v. Alualu | Affirmed |
| 24535 | State v. Rodrigues | Affirmed |

**July 24, 2003**

| 25090 | State v. Elicker | Affirmed |

**July 31, 2003**

| 25084 | State v. Spence | Reversed |

**August 12, 2003**

| 25053 | State v. Dumaoal | Affirmed |

**August 14, 2003**

| 24837, 24838, 24839, 24840 | Doe (John), In re; Doe (Jane), In re | Affirmed |

**August 18, 2003**

| 24845 | State v. Tataii | Affirmed |

**August 19, 2003**

| 24795 | State v. Smith | Affirmed |

**August 22, 2003**

| 24978 | Thongsonlone v. State | Affirmed |

**August 28, 2003**

| 23807 | Kuroda v. Chee | Affirmed |